Signed: April 22, 2014

_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

L. Bryant Jaquez, Esq.
California Bar No. 252125
MILES, BAUER, BERGSTROM &
  WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100
FAX (714) 481-9144
File No. 12-01963

Attorneys for Movant,
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-4, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-4

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANNE KENDALL,<br><br>                  Debtor. | Case No.: 12-10652-AJ<br>Chapter 13<br>R.S. No. N/A<br><br>**Hearing –**<br>Date:   March 27, 2014<br>Time:   9:00 A.M.<br>Place:   99 South "E" Street<br>          Santa Rosa, CA 95404<br>          Courtroom N/A |

<u>**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**</u>

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-4, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-4's Motion for Relief from Automatic Stay came on regularly for hearing on

1

| 1 | March 27, 2014 at 9:00 A.M. before the Hon. Alan Jaroslovsky.  All appearances were as noted |
| 2 | in the Court's record. |
| 3 | Based upon the pleadings contained herein and oral argument, |
| 4 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in |
| 5 | the above-entitled Bankruptcy case shall be terminated and extinguished as to Movant, THE |
| 6 | BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR |
| 7 | THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH |
| 8 | TRUST 2004-4, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-4, its |
| 9 | assignees and/or successors in interest, and Movant may proceed with a foreclosure of and hold a |
| 10 | Trustee's Sale on the subject property, generally described as **206 Webster Street, Petaluma,** |
| 11 | **CA  94952** ("Property" herein) effective on May 27, 2014 unless either (1) the Debtor becomes |
| 12 | post-petition current on mortgage payments owed to Movant or (2) the Debtor has entered into a |
| 13 | loan modification agreement with Movant. |
| 14 | IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay |
| 15 | provided by Bankruptcy Rule 4001(a)(3) is waived. |
| 16 | IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be |
| 17 | binding and effective despite any conversion of this bankruptcy case to a case under any other |
| 18 | chapter of Title 11 of the United States Code. |
| 19 | IT IS FURTHER ORDERED, ADJUDGED AND DECREED that when this order |
| 20 | becomes a final order, the chapter 13 Trustee shall cease making payments on Movant's claim. |
| 21 | EXHIBIT LEGAL DESCRIPTION for the Order Docket Entry # 39 |
| 22 | ** END OF ORDER ** |
| 23 | |
| 24 | |

**(12-01963/ndots.dot/ghg)**

**COURT SERVICE LIST**